**Electronically Filed
Supreme Court
SCPW-25-0000224
14-APR-2025
08:48 AM
Dkt. 6 OCOR**

SCPW-25-0000224

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL NOGHREY, Petitioner,

vs.

THE HONORABLE NATASHA R. SHAW,
Judge of the District Family Court of the First Circuit,
State of Hawaii, Respondent Judge,

and

ZANETA NOGHREY, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1DV161001290)

ORDER OF CORRECTION
(By: Eddins, J.)

It is ordered that the Order, filed on April 7, 2025, is corrected as follows:

On page 1, line 2, the date "March 23, 2024" is corrected to "March 23, 2025."

DATED: Honolulu, Hawai'i, April 14, 2025.

/s/ Todd W. Eddins

Associate Justice

